UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Robert R. Epps,<br>    Debtor.<br><br>Select Portfolio Services, LLC as servicer for Citibank, N.A., as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE2 Trust,<br>    Movant,<br>v.<br><br>Robert R. Epps,<br>    Respondent/Debtor,<br><br>Ronda J. Winnecour<br>    Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 16-24151/JAD |

## **PRAECIPE**

To The Clerk, United States Bankruptcy Court:

Kindly withdraw, without prejudice, Movant, Select Portfolio Services, LLC as servicer for Citibank, N.A., as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE2 Trust's Objection to Confirmation of Chapter 13 Plan filed with the Court on December 5, 2016.

                                                            Respectfully submitted,


Dated:  June 26, 2017                           BY: /s/ Kevin S. Frankel
                                                            Kevin S. Frankel, Esquire
                                                            Shapiro & DeNardo, LLC
                                                            3600 Horizon Drive, Suite 150
                                                            King of Prussia, PA 19406
                                                            (610)278-6800/ fax (847) 954-4809
S&D File #:16-054873                            PA BAR ID #318323
                                                            pabk@logs.com