IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ROBERT R. EPPS** | : | Bankruptcy No. **16-24151-JAD** |
| | : | |
| *Debtor,* | : | Related to Doc. No. 58 and 25 |
| ================================ | : | |
| **ROBERT R. EPPS** | : | Hearing Date and Time: |
| | : | |
| *Movant*, | : | |
| vs. | : | |
| **CITIMORTGAGE, INC.,** | : | |
| *Respondent* | : | |

# ORDER

A *Loss Mitigation Order* dated 12/28/2016, was entered in the above matter at Document No. 25. On 6/19/2017, a *Motion to Extend the Loss Mitigation Period* was filed by Debtor at Document No. 58.

*AND NOW*, this 28th day of June, 20 17, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* July 28, 20 17.

_____ sjk
United States Bankruptcy Judge
Jeffery A. Deller

FILED
6/28/17 9:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24151-JAD
Robert R. Epps                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil               Page 1 of 1              Date Rcvd: Jun 28, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.
db              +Robert R. Epps,    431 Cypress Hill Drive,    Pittsburgh, PA 15235-2618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2017 at the address(es) listed below:
      Danielle Boyle-Ebersole   on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
       Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      James Warmbrodt   on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
      Jeffrey R. Hunt   on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
       cnoroski@grblaw.com
      Jennifer L. Cerce   on behalf of Creditor    Wilkinsburg School District and Borough of
       Wilkinsburg jlc@mbm-law.net
      Jennifer L. Cerce   on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
      Keri P. Ebeck   on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
       jbluemle@weltman.com
      Kevin Scott Frankel   on behalf of Creditor    JPMorgan Chase Bank, National Association as
       servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2
       Trust pabk@logs.com
      Kevin Scott Frankel   on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
       Servicing, Inc. pabk@logs.com
      Mario J. Hanyon   on behalf of Creditor    CitiMortgage Inc. pawb@fedphe.com
      Michael S. Geisler   on behalf of Debtor Robert R. Epps m.s.geisler@att.net,
       msgeis@yahoo.com;michaelgeisler13@gmail.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft   on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                     TOTAL: 14