IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ROBERT R. EPPS** | : | Bankruptcy No. **16-24151-JAD** |
| | : | |
| *Debtor,* | : | Related to Doc. No. |
| ================================= | : | |
| **ROBERT R. EPPS** | : | Hearing Date and Time: |
| | : | |
| *Movant*, | : | |
| vs. | : | |
| **CITIMORTGAGE, INC.,** | : | |
| *Respondent* | : | |

# DEBTOR' REPLY TO OBJECTION OF MIDFIRST BANK TO MOTION EXTEND THE LOSS MITIGATION PERIOD

AND NOW come the Debtor, ROBERT R. EPPS, by and through the Debtor's Attorney, MICHAEL S. GEISLER, ESQUIRE, and file this Reply, of which the following is a statement:

1. Paragraphs 1 through 5 of Respondent's Objection are admitted.

2. A Transfer of Servicer Form has been filed and also the Servicer has been changed on the DMM portal.

3. A new LMP package will be submitted in the next few days.

WHEREFORE, the Debtor prays that this Court grant the Movant's to Extend the Loss Mitigation Period.

/s/ Michael S. Geisler

DATED: 9/11/2017

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:(412) 613-2133
E-mail: m.s.geisler@att.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ROBERT R. EPPS** | : | Bankruptcy No. **16-24151-JAD** |
| | : | |
| *Debtor,* | : | Related to Doc. No. |
| ================================ | : | |
| **ROBERT R. EPPS** | : | Hearing Date and Time: |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| **CITIMORTGAGE, INC.,** | : | |
| *Respondent* | : | |

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Reply upon the following by electronic means:

RONDA J. WINNECOUR, TRUSTEE
3250 U.S. Steel Tower
Pittsburgh, PA 15219

JAMES C. WARMBRODT, ESQUIRE
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

/s/ Michael S. Geisler

DATED: 9/11/2017    _____

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:(412) 613-2133
E-mail: m.s.geisler@att.net