IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | Chapter 13 |
| **ROBERT R. EPPS** : | Bankruptcy No. **16-24151-JAD** |
| *Debtor,* : | Related to Doc. No. 72 |
| ================================== : | |
| **ROBERT R. EPPS** : | Hearing Date and Time: |
| *Movant,* : | |
| vs. : | |
| **CITIMORTGAGE, INC.,** : | |
| *Respondent* : | |

### ORDER SUBSTITUTING LMP SERVICER

On 12/14/2016 the above named Debtor(s) filed a *Motion for Loss Mitigation* upon which the Court entered a *Loss Mitigation Order* dated 12/18/2016, at Document No. 25, naming CITIMORTGAGE, INC. ("Former Servicer") as the Party responsible for representing the creditor in the LMP and setting forth certain deadlines for the then named Respondent.

Subsequent to entry of the above-referenced Order, the Debtor(s) was notified that the Former Servicer changed and that the current Servicer/Lender is MIDFIRST BANK with an address of Bankruptcy Department, 999 N.W. Grand Boulevard, #110, Oklahome City, OK 73118-6077 ("Current Servicer"). On 9/11/2017, the Debtor complied with all its obligations to properly designate the Current Servicer on the LMP Portal and now it is incumbent on the Court to relieve the Former Servicer from any further responsibilities under the current *Loss Mitigation Order* and formally transfer those duties, responsibilities and obligations to the Current Servicer.

PAWB Local Form 46 (04/14)                                                                                             Page 1 of 2

AND NOW, this ___15th___ of ___September___, 2017, for the foregoing reasons it is hereby **ORDERED**, **ADJUDGED and DECREED** that:

(1) CITIMORTGAGE, INC. is relieved from any further responsibility pursuant to the *Loss Mitigation Order* referred to above and that *Order* is **VACATED** as to it.

(2) MIDFIRST BANK is now designated as the Current Servicer responsible for completion of all LMP duties, responsibilities and obligations previously imposed on the Former Servicer referred to in Paragraph 1, above. The Current Servicer is now fully responsible for compliance with all LMP requirements as if originally designated in the *Loss Mitigation Order* in the first instance.

(3) Within three (3) days of entry of this *Order*, the party filing this proposed order shall upload this signed *Order* on the LMP Portal and serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com.** The Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor(s) Certificate of Service shall reflect service upon the above identified email address.

(4) The Chapter 13 Trustee is authorized and directed to make payments to the MIDFIRST BANK, beginning with the next distribution date that is not less than ten (10) days from service of this *Order* upon the Chapter 13 Trustee.

9-15-2017

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

Case administrator to serve:
   Debtor(s)
   Counsel for Debtor(s)
   Ronda J. Winnecour, Esq. Ch 13 Trustee
   [Counsel for Creditor]

PAWB Local Form 46 (04/14)

FILED
9/15/17 12:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Page 2 of 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert R. Epps
    Debtor

Case No. 16-24151-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: culy      Page 1 of 1      Date Rcvd: Sep 15, 2017
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2017.
db        +Robert R. Epps,    431 Cypress Hill Drive,    Pittsburgh, PA 15235-2618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2017 at the address(es) listed below:
         Danielle Boyle-Ebersole    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
         James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com
         Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net
         Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
         Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com, jbluemle@weltman.com
         Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2 Trust pabk@logs.com
         Kevin Scott Frankel    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio Servicing, Inc. pabk@logs.com
         Mario J. Hanyon    on behalf of Creditor    CitiMortgage Inc. pawb@fedphe.com
         Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com, jbluemle@weltman.com
         Michael S. Geisler    on behalf of Debtor Robert R. Epps m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         TOTAL: 15