# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** ROBERT R. EPPS
**Case Number:** 16-24151-JAD        **Chapter:** 13
**Date / Time / Room:** TUESDAY, SEPTEMBER 19, 2017 10:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Response To Debtor's Motion To Extend The Loss Mitigation Period filed by MidFirst Bank - Response Filed 9/11/2017 by Debtor @ Doc. #73 [Due 9/5/2017]
R / M #: 69 / 0

## Appearances:

TRUSTEE: WINNECOUR / BEDFORD / KATZ / PAIL
DEBTOR(S): Michael S. Geisler, Esq.
CREDITOR: James C. Warmbrodt, Esq.

## Proceedings:

\_\_✓\_\_ Motion is GRANTED / DENIED
\_\_\_\_\_ Special Type Of Order:
\_\_\_\_\_ CONTINUE MATTER:
        \_\_\_\_\_ For At Least _____ Days (Court To Issue Scheduling Order)
        \_\_\_\_\_ To Hearing Date Of _____ at _____ AM/PM at _____
        \_\_\_\_\_ To Conciliation Conference For _____ at _____ AM/PM at _____
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
        \_\_\_\_\_ Evidentiary Hearing On Value And Cram-Down Interest
        \_\_\_\_\_ Complex / Pretrial Order - NONJURY / JURY
        \_\_\_\_\_ Simple / Pretrial Order - NONJURY / JURY
        \_\_\_\_\_ Parties To Undertake Discovery - Discovery Period: _____ days
\_\_\_\_\_ SETTLEMENT STIPULATION IS DUE _____
\_\_\_\_\_ OTHER:

FILED
9/19/17 2:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge