IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 13
:
**ROBERT R. EPPS** : Bankruptcy No. **16-24151-JAD**
:
  *Debtor,* : Related to Doc. No.   68
======================================= :
**ROBERT R. EPPS** : Hearing Date and Time:
:
  *Movant,* :
  vs. :
**CITIMORTGAGE, INC.,** :
  *Respondent* :

## ORDER

A *Loss Mitigation Order* dated  12/28/2016  , was entered in the above matter at Document No.  25  . On  7/28/2017  , a *Motion to Extend the Loss Mitigation Period* was filed by  Debtor  at Document No.  68  .

AND NOW, this  19th  day of  September  , 20 17 , it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including*  December 1 , 20 17 .

FILED
9/19/17 2:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Judge
Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 16-24151-JAD
Robert R. Epps                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1              Date Rcvd: Sep 19, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db             +Robert R. Epps,   431 Cypress Hill Drive,   Pittsburgh, PA 15235-2618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              Danielle Boyle-Ebersole    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
               Servicing, Inc. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
               Wilkinsburg jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
               servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2
               Trust pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
               Servicing, Inc. pabk@logs.com
              Mario J. Hanyon    on behalf of Creditor    CitiMortgage Inc. pawb@fedphe.com
              Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Michael S. Geisler    on behalf of Debtor Robert R. Epps m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 15