## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ROBERT R. EPPS |
| **Case Number:** | 16-24151-JAD   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 19, 2017  02:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
10/25/17 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#60 - Continued Confirmation of Plan Dated 6/25/2017 (NFC)
R / M #:   60 / 0

### *Appearances:*

Debtor:   *Deisler* (signature)
Trustee:   Winnecour / Bedford   Pail / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **3-15-18** at **11:00**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/13/201'  10:05:45 AM