IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| **ROBERT R. EPPS** | Bankruptcy No. **16-24151-JAD** |
| *Debtor,* | Chapter 13 |
| **ROBERT R. EPPS** | Related to Doc. No. **86** |
| *Movant,* | |
| vs. | |
| **MIDFIRST BANK.,** | |
| *Respondent* | |

## ORDER OF COURT

AND NOW, this <u>2nd</u> day of <u>March</u>, 2018, upon consideration of the Motion to Withdraw, it is hereby **ORDERED, ADJUDGED** and **DECREED**, that the Motion To Extend The Time For Loss Mitigation filed by the Debtor is **DENIED AS WITHDRAWN.**

IT IS FURTHER ORDERED that the hearing scheduled for <u>Wednesday, March 7, 2018</u>, at <u>9:00 AM</u> in Courtroom D, Pittsburgh, Pennsylvania, **IS CANCELLED.**

_____
Jeffery A. Deller              mas
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
Robert R. Epps
Dai Rosenblum, Esquire
MidFirst Bank c/o James C. Warmbrodt, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
3/2/18 7:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 16-24151-JAD
Robert R. Epps                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil                  Page 1 of 1              Date Rcvd: Mar 02, 2018
                              Form ID: pdf900             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db            +Robert R. Epps,    431 Cypress Hill Drive,    Pittsburgh, PA 15235-2618
              +Dai Rosenblum, Esq.,    254 New Castle Road Suite B,   Butler, PA 16001-2568
14370432      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
               Oklahoma City, OK 73118-6051

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
              Danielle Boyle-Ebersole    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
               Servicing, Inc. debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              James   Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
               jbluemle@weltman.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
               Wilkinsburg jlc@mbm-law.net
              Kevin Scott Frankel    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
               Servicing, Inc. pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
               servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2
               Trust pabk@logs.com
              Mario J. Hanyon    on behalf of Creditor    CitiMortgage Inc. pawb@fedphe.com
              Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Michael S. Geisler    on behalf of Debtor Robert R. Epps m.s.geisler@att.net,
               msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 15