# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** ROBERT R. EPPS
- **Case Number:** 16-24151-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, MARCH 15, 2018 11:00 AM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
3/20/18 9:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#60 - Continued Confirmation of Plan Dated 6/25/2017 (NFC)
R / M #: 60 / 0

**Appearances:** Geisler
- Debtor:
- Trustee: Winnecour / Pail / Katz
- Creditor:

**Proceedings:**

Outcome: Continued

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 3/31/18
     Objections are due on or before 4/23/18
     A hearing on the Amended Plan is set for 5-10-18 at 10
9. ___ Contested Hearing: ___ at ___.
10. ✓ Other:

Debtor to provide busniess questionnaire and monthly operating reports or case will be dismissed.

3/7/2018    8:32:42AM