**Form 005**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Robert R. Epps**
  Debtor(s)

Bankruptcy Case No.: 16–24151–JAD
Chapter: 13
Related to Document No.:
Concil. Conf.: May 10, 2018 at 10:00 AM

## ORDER

On March 15, 2018, a Conciliation Conference was conducted on the June 25, 2017, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **The 20th of March, 2018**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before April 2, 2018,* the Debtor(s) shall file and serve a copy of this *Order* and an *Amended Plan* on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying *Certificate of Service*.

(2) *On or before April 26, 2018,* all *Objections* to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) *On May 10, 2018 at 10:00 AM ,* a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: March 20, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
    Michael S. Geisler, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-24151-JAD
Robert R. Epps                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel          Page 1 of 1              Date Rcvd: Mar 20, 2018
                         Form ID: 005        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db             +Robert R. Epps,    431 Cypress Hill Drive,    Pittsburgh, PA 15235-2618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
     Danielle Boyle-Ebersole    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
      Servicing, Inc. debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
     James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
     James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
      PitEcf@weltman.com
     Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
      cnoroski@grblaw.com
     Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
      Wilkinsburg jlc@mbm-law.net
     Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
     Kevin Scott Frankel    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
      Servicing, Inc. pabk@logs.com
     Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
      servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2
      Trust pabk@logs.com
     Mario J. Hanyon    on behalf of Creditor    CitiMortgage Inc. pawb@fedphe.com
     Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
      jbluemle@weltman.com
     Michael S. Geisler    on behalf of Debtor Robert R. Epps m.s.geisler@att.net,
      msgeis@yahoo.com;michaelgeisler13@gmail.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
      ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
      srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                             TOTAL: 15