IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy Case No. 16-24151-JAD |
| Robert R. Epps, | : | |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | X | |
| Robert R. Epps, | : | |
| Movant(s), | : | |
| | : | Related Doc. No. 24, 74 |
| v. | : | |
| Midfirst Bank, | : | |
| Respondent. | : | |
| | X | |

## ORDER REGARDING COMPLIANCE WITH LOSS MITIGATION PROGRAM

A Loss Mitigation Order dated December 28, 2016, was entered in the above matter at Document No. 25 ("LPM Authorization Order"), wherein the Debtor were authorized to enter into the Court's Loss Mitigation Program ("LMP"). The record reflects that the LMP Authorization Order was entered well in excess of two hundred and ten (210) days ago. Absent extraordinary circumstances, more than sufficient time has elapsed for the Debtor and creditor/Respondent to negotiate a consensual loss mitigation settlement and/or mortgage modification. Under these circumstances, the Debtor and counsel to the Debtor is **directed, not later than April 30, 2018**, to:

1. File a Status Report summarizing the history and current situation regarding the LMP, including the ***extraordinary circumstances*** causing the failure of the Debtor and creditor/Respondent[s] to negotiate a consensual loss mitigation settlement and/or mortgage modification; **or**

2. If the LMP has expired or if a consensual resolution has occurred, file a Final Report with respect to the LMP.

Failure to comply with the terms of this Order may result in the imposition of sanctions. While the Court does not desire to impose sanctions, the Court does desire open LMP matters to progress to completion. If a party to the LMP has not been cooperating or proceeding in good faith, the Court expects the counter-party to bring the matter to the attention of this Court for resolution.

**SO ORDERED** this 26th day of March 2018.

BY THE COURT,

_____sjk___
JEFFERY A. DELLER
Chief United States Bankruptcy Judge

Court Administrator to Serve:
Debtor(s)
Debtor(s) Counsel
Chapter 13 Trustee
[Counsel for Creditor]

FILED
3/26/18 10:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Robert R. Epps  
    Debtor

Case No. 16-24151-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 1     Date Rcvd: Mar 26, 2018  
                           Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2018.
```
db            +Robert R. Epps,    431 Cypress Hill Drive,    Pittsburgh, PA 15235-2618
14370432      +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                Oklahoma City, OK 73118-6051
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:
```
          Danielle Boyle-Ebersole    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
           Servicing, Inc. debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
          James Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          James P. Valecko     on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
           PitEcf@weltman.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
           Wilkinsburg jlc@mbm-law.net
          Kevin Scott Frankel     on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
           Servicing, Inc. pabk@logs.com
          Kevin Scott Frankel     on behalf of Creditor    JPMorgan Chase Bank, National Association as
           servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2
           Trust pabk@logs.com
          Mario J. Hanyon     on behalf of Creditor    CitiMortgage Inc. pawb@fedphe.com
          Matt D. Urban     on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
           jbluemle@weltman.com
          Michael S. Geisler     on behalf of Debtor Robert R. Epps m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 15
```