# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | ROBERT R. EPPS |
| **Case Number:** | 16-24151-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 09, 2018  11:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/10/18 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#101 - Final Confirmation of Plan Dated 4/22/2018 (NFC)
R / M #: 101 / 0

*Appearances:*

Debtor: (Geisler)
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  10/11/18  at  3:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten notes:*
Con't for proof of payment of increased plan at $3024

File mt to arrgee broker must provide operating reports & Business Questionaire

8/2/2018      3:31:16PM