IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ROBERT R. EPPS,** | : | Case No. **16-24151-JAD** |
| *Debtor* | : | |
| | : | Doc. No._____ |
| **ROBERT R. EPPS**, | : | |
| *Movant,* | : | Response Date: 11/6/2018 |
| vs. | : | |
| | : | Hearing Date: 11/28/2018 |
| **AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON, CHASE, CITIBANK, N.A., ET AL., C/O SELECT PORTFOLIO SERVICING, INC., CITIMORTGAGE, INC., COUNTY OF ALLEGHENY, DUQUESNE LIGHT COMPANY, FORD MOTOR CREDIT COMPANY LLC., MIDFIRST BANK, PENN HILLS SCHOOL DISTRICT, PEOPLES NATURAL GAS COMPANY LLC., WILKINSBURG BOROUGH and WILKINSBURG SD,** | : | at 10:00 a.m. |
| *Respondents* | | |

### NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S APPLICATION TO EMPLOY REALTOR

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights and property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **11/6/2018**, i.e., fourteen (14) days after the date of the service below, plus an additional three (3) days if served by mail, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **11/28/2018, at 10:00 A.M.** before Judge Jeffery A. Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

/s/ Michael S. Geisler

DATED: 10/10/2018

_____
**MICHAEL S. GEISLER, ESQUIRE**
Attorney for Movant
Pa. I.D. No. 39414
410 Jonnet Building
Monroeville, PA 15146
Tele: (412) 613-2133
Fax: (412) 372-2513