IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **ROBERT R. EPPS,** | : | Case No. **16-24151-JAD** |
| *Debtor* | : | |
| | : | Doc. No._____ |
| **ROBERT R. EPPS,** | : | |
| *Movant,* | : | Response Date: 11/6/2018 |
| vs. | : | |
| | : | Hearing Date: 11/28/2018 |
| **AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON, CHASE, CITIBANK, N.A., ET AL., C/O SELECT PORTFOLIO SERVICING, INC., CITIMORTGAGE, INC., COUNTY OF ALLEGHENY, DUQUESNE LIGHT COMPANY, FORD MOTOR CREDIT COMPANY LLC., MIDFIRST BANK, PENN HILLS SCHOOL DISTRICT, PEOPLES NATURAL GAS COMPANY LLC., WILKINSBURG BOROUGH and WILKINSBURG SD,** | : : : : : : : : | at 10:00 a.m. |
| *Respondents* | | |

## CERTIFICATE OF SERVICE

I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtor, hereby certify that I have served a true and correct copy of the within Motion and Notice of Hearing upon the following by First Class Mail, postage prepaid:


RONDA J. WINNECOUR, TRUSTEE          (BY ELECTRONIC MEANS)
3250 US Steel Tower
Pittsburgh, PA 15219

OFFICE OF THE U.S. TRUSTEE           (BY ELECTRONIC MEANS)
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

| | |
|---|---|
| Danielle Boyle-Ebersole<br>Hladik, Onorato & Federman, LLP<br>298 Wissahickon Avenue<br>North Wales, PA 19454 | (BY ELECTRONIC MEANS) |
| County of Allegheny<br>c/o Goehring, Rutter & Boehm<br>14th Floor, Frick Building<br>Pittsburgh, PA 15219 | (BY ELECTRONIC MEANS) |
| Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219 | (BY ELECTRONIC MEANS) |
| Kevin Scott Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King of Prussia, PA 19406 | (BY ELECTRONIC MEANS) |
| Penn Hills School District,<br>Wilkinsburg Borough, and<br>Wilkinsburg SD<br>c/o Maiello Brungo & Maiello, LLP<br>100 Purity Road, Suite 3<br>Pittsburgh, PA 15235 | (BY ELECTRONIC MEANS) |
| Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233 | (BY ELECTRONIC MEANS) |
| Matt D. Urban, Esquire and<br>James P. Valecko, Esquire<br>Weltman, Weinberg & Reis, LPA<br>436 Seventh Avenue<br>Suite 2500<br>Pittsburgh, PA 15219 | (BY ELECTRONIC MEANS) |
| James Warmbrodt, Esquire<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | (BY ELECTRONIC MEANS) |

DATED: 10/10/2018

/s/ Michael S. Geisler

_____

**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele:   (412) 613-2133
Fax:    (412) 372-2513
E-Mail: m.s.geisler@att.net