# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

**Conciliation Conference:**

Debtor: ROBERT R. EPPS
Case Number: 16-24151-JAD     Chapter: 13
Date / Time / Room: WEDNESDAY, NOVEMBER 28, 2018 10:00 AM   COURTROOM D
Bankruptcy Judge: JEFFERY A. DELLER
Courtroom Clerk: SCOTT KOZAR
Reporter / ECR: N/A

**Matter:**

Application To Employ Realtor Robert B. Epps filed by Debtor - No Response Filed [Due 11/6/2018]
R / M #: 110 / 0

*CNO filed 11-26-2018 @ Doc. # 113*

**Appearances:**

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Michael S. Geisler, Esq.
CREDITOR:

FILED
11/28/18 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Proceedings:**

☑ Motion is GRANTED / DENIED
___ Special Type Of Order:
___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

JEFFERY A. DELLER
U.S. Bankruptcy Judge