IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| ROBERT R. EPPS, | : Case No. **16-24151-JAD** |
| *Debtor* | : |
| | : Doc. No._____ |
| ROBERT R. EPPS, | : |
| *Movant,* | : Response Date: 11/6/2018 |
| vs. | : |
| | : Hearing Date: 11/28/2018 |
| AMERICAN INFOSOURCE LP AS AGENT FOR VERIZON, CHASE, CITIBANK, N.A., ET AL., C/O SELECT PORTFOLIO SERVICING, INC., CITIMORTGAGE, INC., COUNTY OF ALLEGHENY, DUQUESNE LIGHT COMPANY, FORD MOTOR CREDIT COMPANY LLC., MIDFIRST BANK, PENN HILLS SCHOOL DISTRICT, PEOPLES NATURAL GAS COMPANY LLC., WILKINSBURG BOROUGH and WILKINSBURG SD, | : at 10:00 a.m.  :  : Related to Doc. #110 |
| *Respondents* | |

**ORDER OF COURT**

AND NOW, this 26th day of November, 2018, upon consideration of the *Application to Employ Realtor*, it is *hereby ORDERED, ADJUDGED and DECREED* as follows:

1. The above referenced Application is hereby approved as of the date of the filing of this case.

2. ROBERT B. EPPS, is hereby appointed as **Realtor** for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of real estate located at **512 Franklin Avenue, Wilkinsburg, PA 15221**. A realtor commission in the amount of **4%** on the sale price is tentatively approved, subject to final court order.

3. Professional persons or entitles performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

4. Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees

in the requested amount. Final compensation, awarded only after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

5. *Applicant shall serve the written Order on all interested parties and file a certificate of service.*

                                                                           11.28.2018

Jeffery A. Deller
United States Bankruptcy Judge

Case administrator to mail to:
    Trustee
    Debtor
    Counsel
    Realtor/Broker
    Office of the U.S. Trustee

FILED
11/28/18 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-24151-JAD
Robert R. Epps                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: bsil              Page 1 of 1              Date Rcvd: Nov 28, 2018
                             Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2018.
```
db             +Robert R. Epps,    431 Cypress Hill Drive,    Pittsburgh, PA 15235-2618
r              +Robert B. Epps,    Choice Homes, Real Estate Development Gr,    9817 Frankstown Road,
                Pittsburgh, PA 15235-1644
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2018                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2018 at the address(es) listed below:
```
          Danielle Boyle-Ebersole    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
           Servicing, Inc. debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
          James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
           PitEcf@weltman.com
          Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
          Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
           Wilkinsburg jlc@mbm-law.net
          Kevin Scott Frankel    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
           Servicing, Inc. pabk@logs.com
          Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
           servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2
           Trust pabk@logs.com
          Mario J. Hanyon    on behalf of Creditor    CitiMortgage Inc. pawb@fedphe.com
          Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
           jbluemle@weltman.com
          Michael S. Geisler    on behalf of Debtor Robert R. Epps m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 15
```