# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | ROBERT R. EPPS |
| **Case Number:** | 16-24151-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 10, 2019  10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
1/14/19 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#101 - Continued Confirmation of Plan Dated 4/22/2018 (NFC)
R / M #:  101 / 0

**Appearances:**

*Geisler* [handwritten]

Debtor:
Trustee: Winnecour / ~~Pail~~ / Katz / DeSimone

Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to _2/21/19_ at _1:30_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/4/2019    3:57:16PM