# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| Debtor: | ROBERT R. EPPS |
| Case Number: | 16-24151-JAD   Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 29, 2019 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/30/19 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#101 - Continued Confirmation of Plan Dated 4/22/2018 (NFC)
R / M #:   101 / 0

### Appearances:

Debtor: *Geisler*
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: *10-2-19* at *10:00*.
10. _____ Other:

*filing fee paid*

*property was to be sold within a year per court order.*
*No sale in over a year.*

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert R. Epps
    Debtor

Case No. 16-24151-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: jhel    Page 1 of 1    Date Rcvd: Aug 30, 2019
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.
db             +Robert R. Epps,    431 Cypress Hill Drive,    Pittsburgh, PA 15235-2618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:

        Danielle Boyle-Ebersole    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
         Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
        James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
        James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com,
         PitEcf@weltman.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of
         Wilkinsburg jlc@mbm-law.net
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
        Kevin Scott Frankel    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio
         Servicing, Inc. pabk@logs.com
        Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as
         servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2
         Trust pabk@logs.com
        Mario J. Hanyon    on behalf of Creditor    CitiMortgage Inc. pawb@fedphe.com
        Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
         jbluemle@weltman.com
        Michael S. Geisler    on behalf of Debtor Robert R. Epps m.s.geisler@att.net,
         msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 15