# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** ROBERT R. EPPS
**Case Number:** 16-24151-JAD        **Chapter:** 13
**Date / Time / Room:** WEDNESDAY, OCTOBER 02, 2019 10:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** SCOTT KOZAR
**Reporter / ECR:** N/A

## Matter:

Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 4/22/2018
- Conciliation Meeting Minutes From 5/10/2018 @ Doc. #104
- Conciliation Meeting Minutes From 8/9/2018 @ Doc. #106
- Conciliation Meeting Minutes From 10/11/2018 @ Doc. #109
- Conciliation Meeting Minutes From 1/10/2019 @ Doc. #117
- Conciliation Meeting Minutes From 8/29/2019 @ Doc. #123

R / M #: 101 / 0

## Appearances:

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE ✓
DEBTOR(S): Michael S. Geisler, Esq. ✓
CREDITOR:

## Proceedings:

___ Motion is GRANTED / DENIED
_____ Special Type Of Order:
✓ CONTINUE MATTER:
   ✓ For At Least __30__ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at _____
   _____ To Conciliation Conference For _____ at _____
          AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order - NONJURY / JURY
   _____ Simple / Pretrial Order - NONJURY / JURY
   _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

FILED
10/3/19 8:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge