# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

Debtor: ROBERT R. EPPS
Case Number: 16-24151-JAD     Chapter: 13
Date / Time / Room: WEDNESDAY, JANUARY 22, 2020 10:00 AM   COURTROOM D
Bankruptcy Judge: JEFFERY A. DELLER
Courtroom Clerk: SCOTT KOZAR
Reporter / ECR: N/A

**Matter:**

Contested Hearing on Confirmation of Debtor's Amended Chapter 13 Plan Dated 4/22/2018
- Conciliation Meeting Minutes From 5/10/2018 @ Doc. #104
- Conciliation Meeting Minutes From 8/9/2018 @ Doc. #106
- Conciliation Meeting Minutes From 10/11/2018 @ Doc. #109
- Conciliation Meeting Minutes From 1/10/2019 @ Doc. #117
- Conciliation Meeting Minutes From 8/29/2019 @ Doc. #123
- Hearing Held 10/2/2019 - Continued to 11/13/2019
- Hearing Held 11/13/2019 - Continued to 1/22/2020
R / M #: 101 / 0

**Appearances:**

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR(S): Michael S. Geisler, Esq.
CREDITOR:

**Proceedings:**

✓ Motion is GRANTED / (DENIED)
___ Special Type Of Order:
___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at _____ AM/PM at _____
   ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  Rule 6 issue

FILED
1/22/20 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge