IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| ROBERT R. EPPS, | : | Bankruptcy No. <u>16-24151-JAD</u> |
| | : | |
| | : | Related to Doc. #101 |
| | : | |
| | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Per the 1/22/2020 Hearing |
| | : | |

ORDER DENYING CONFIRMATION OF PLAN
AND
<u>RULE TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED</u>

AND NOW, this **22nd day of January, 2020, IT IS HEREBY ORDERED**
that confirmation of the Chapter 13 Plan dated April 22, 2018 and filed at ECF No.
101 is **DENIED** as being unfeasible.

**IT IS FURTHER ORDERED** that a **Rule to Show Cause why this Case
Should Not be Dismissed is hereby issued**, such that the Debtor shall file a
response indicating why his Chapter 13 Case should not be dismissed, which
response shall be filed by **February 13, 2020.** Upon timely filing of such Response,
a hearing will be held thereon, on **March 4, 2020 at 10:00 a.m. in Courtroom D,**
600 Grant Street, 54th Floor, Pittsburgh PA 15219.

**The Debtor's Counsel shall immediately serve Order on the Debtor
and provide a certification of the same.**

If a Response to the Rule to Show Cause is not timely filed, the above-
captioned case shall be **DISMISSED WITHOUT PREJUDICE.**

Dated: **January 22, 2020**

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm:
**Debtor**
**Debtor's Counsel**
**Chapter 13 Trustee**
**All Creditors And All Parties In Interest**

FILED
1/22/20 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00027867

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 16-24151-JAD
Robert R. Epps                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2          Date Rcvd: Jan 22, 2020
                             Form ID: pdf900          Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db           +Robert R. Epps,    431 Cypress Hill Drive,   Pittsburgh, PA 15235-2618
cr           +County of Allegheny,   Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
              Frick Building,   Pittsburgh, PA  15219,   UNITED STATES 15219-6101
cr           +JPMorgan Chase Bank, National Association as servi,   3415 Vision Drive,
              Columbus, OH 43219-6009
r            +Robert B. Epps,   Choice Homes, Real Estate Development Gr,   9817 Frankstown Road,
              Pittsburgh, PA 15235-1657
cr           +Wilkinsburg School District and Borough of Wilkins,   c/o Maiello Brungo & Maiello, LLP,
              100 Purity Road,   Suite 3,   Pittsburgh, PA 15235-4441
14330471     +Chase,   Attn: Customer Service Research,   Mail Code: OH4-7302,   P.O. Box 24696,
              Columbus, OH 43224-0696
14338369     #CitiMortgage, Inc,   P.O. Box 688971,   Des Moines, IA 50368-8971
14330472      Citimortgage, Inc.,   P.O. Box 6243,   Sioux Falls, SD 57117-6243
14330473      County of Allegheny,   c/o Goehring, Rutter & Boehm,   14th Floor, Frick Building,
              Pittsburgh, PA 15219
14358939     +County of Allegheny,   Goehring, Rutter & Boehm,   c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
14336564     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
             (address filed with court:  Ford Motor Credit Company LLC,   P.O. BOX 62180,
              COLORADO SPRINGS, CO 80962)
14318173     +Jennifer L. Cerce, Esquire,   c/o MBM Collections, LLC,   Maiello, Brungo & Maiello,
              Foxpointe, 100 Purity Road, Suite 3,   Pittsburgh, PA 15235-4441
14370432     +MidFirst Bank,   Bankruptcy Department,   999 NW Grand Boulevard, #110,
              Oklahoma City, OK 73118-6051
14323455     +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
14365622     +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14318174     +Wilkinsburg Boro SD,   718 Wallace Avenue,   Pittsburgh, PA 15221-2299
14323840     +Wilkinsburg Borough,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
14323839     +Wilkinsburg School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14401641      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 23 2020 04:20:40
              American InfoSource LP as agent for,   Verizon,   PO Box 248838,
              Oklahoma City, OK  73124-8838
14409248      E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2020 04:13:08    Citibank, N.A., et al,
              c/o Select Portfolio Servicing, Inc.,   P.O. Box 65450,   Salt Lake City UT 84165-0450
14352405     +E-mail/Text: kburkley@bernsteinlaw.com Jan 23 2020 04:12:50    Duquesne Light Company,
              c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
              Pittsburgh, PA 15219-1945
                                                                                       TOTAL: 3
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           CitiMortgage Inc.
cr           Citibank, N.A., et al c/o Select Portolfio Servici
cr           Duquesne Light Company
cr           Ford Motor Credit Company LLC
cr           MIDFIRST BANK
cr*          +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,   Suite 3,
              Pittsburgh, PA 15235-4441
cr*          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
                                                                        TOTALS: 5, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-2          User: bsil           Page 2 of 2          Date Rcvd: Jan 22, 2020
                              Form ID: pdf900      Total Noticed: 21
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
          Danielle  Boyle-Ebersole    on behalf of Creditor   Citibank, N.A., et al c/o Select Portolfio
           Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
          James  Warmbrodt    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
          James P. Valecko    on behalf of Creditor   Ford Motor Credit Company LLC jvalecko@weltman.com,
           PitEcf@weltman.com
          Jeffrey R. Hunt    on behalf of Creditor   County of Allegheny jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
          Jennifer L. Cerce   on behalf of Creditor   Wilkinsburg School District and Borough of
           Wilkinsburg jlc@mbm-law.net
          Kevin Scott Frankel    on behalf of Creditor   Citibank, N.A., et al c/o Select Portolfio
           Servicing, Inc. pabk@logs.com
          Kevin Scott Frankel    on behalf of Creditor   JPMorgan Chase Bank, National Association as
           servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2
           Trust pabk@logs.com
          Mario J. Hanyon   on behalf of Creditor   CitiMortgage Inc. pawb@fedphe.com
          Matt D. Urban    on behalf of Creditor   Ford Motor Credit Company LLC kebeck@weltman.com,
           jbluemle@weltman.com
          Michael S. Geisler    on behalf of Debtor Robert R. Epps m.s.geisler@att.net,
           msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                           TOTAL: 15
```