# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: :
:
ROBERT R. EPPS, : Bankruptcy No. 16-24151-JAD
:
:
:
:
:
:
Debtor(s) : Chapter 13   - Related to Doc. #130
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE
## AND TERMINATING INCOME ATTACHMENT

AND NOW, this **26th** day of **February, 2020**, IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

_____ sjk
JEFFERY A. DELLER
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

FILED
2/26/20 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00026767

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                            Case No. 16-24151-JAD
Robert R. Epps                                                    Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0315-2         User: culy                   Page 1 of 2                  Date Rcvd: Feb 26, 2020
                             Form ID: pdf900              Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db             +Robert R. Epps,    431 Cypress Hill Drive,    Pittsburgh, PA 15235-2618
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA  15219,    UNITED STATES 15219-6101
cr             +JPMorgan Chase Bank, National Association as servi,    3415 Vision Drive,
                 Columbus, OH 43219-6009
r              +Robert B. Epps,    Choice Homes, Real Estate Development Gr,    9817 Frankstown Road,
                 Pittsburgh, PA 15235-1657
cr             +Wilkinsburg School District and Borough of Wilkins,    c/o Maiello Brungo & Maiello, LLP,
                 100 Purity Road,   Suite 3,   Pittsburgh, PA 15235-4441
14330471       +Chase,    Attn: Customer Service Research,    Mail Code: OH4-7302,    P.O. Box 24696,
                 Columbus, OH 43224-0696
14338369       #CitiMortgage, Inc,    P.O. Box 688971,   Des Moines, IA 50368-8971
14330472        Citimortgage, Inc.,    P.O. Box 6243,   Sioux Falls, SD 57117-6243
14358939       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14330473        County of Allegheny,    c/o Goehring, Rutter & Boehm,    14th Floor, Frick Building,
                 Pittsburgh, PA 15219
14336564      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company LLC,    P.O. BOX 62180,
                 COLORADO SPRINGS, CO 80962)
14318173       +Jennifer L. Cerce, Esquire,    c/o MBM Collections, LLC,    Maiello, Brungo & Maiello,
                 Foxpointe, 100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14370432       +MidFirst Bank,    Bankruptcy Department,    999 NW Grand Boulevard, #110,
                 Oklahoma City, OK 73118-6051
14323455       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14365622       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14318174       +Wilkinsburg Boro SD,    718 Wallace Avenue,    Pittsburgh, PA 15221-2299
14323840       +Wilkinsburg Borough,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14323839       +Wilkinsburg School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14401641        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2020 03:37:56
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
14409248        E-mail/Text: jennifer.chacon@spservicing.com Feb 27 2020 03:21:43     Citibank, N.A., et al,
                 c/o Select Portfolio Servicing, Inc.,    P.O. Box 65450,   Salt Lake City UT 84165-0450
14352405       +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2020 03:21:25     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CitiMortgage Inc.
cr              Citibank, N.A., et al c/o Select Portolfio Servici
cr              Duquesne Light Company
cr              Ford Motor Credit Company LLC
cr              MIDFIRST BANK
cr*            +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,  Suite 3,
                 Pittsburgh, PA 15235-4441
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 5, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2          User: culy              Page 2 of 2            Date Rcvd: Feb 26, 2020
                              Form ID: pdf900         Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:

    Danielle Boyle-Ebersole    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com

    James Warmbrodt    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com

    James P. Valecko    on behalf of Creditor    Ford Motor Credit Company LLC jvalecko@weltman.com, PitEcf@weltman.com

    Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com, cnoroski@grblaw.com

    Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net

    Jennifer L. Cerce    on behalf of Creditor    Wilkinsburg School District and Borough of Wilkinsburg jlc@mbm-law.net

    Kevin Scott Frankel    on behalf of Creditor    Citibank, N.A., et al c/o Select Portolfio Servicing, Inc. pabk@logs.com

    Kevin Scott Frankel    on behalf of Creditor    JPMorgan Chase Bank, National Association as servicer for Citibank, N.A. as Trustee for WaMu Asset-Backed Certificates, WaMu Series 2007-HE2 Trust pabk@logs.com

    Mario J. Hanyon    on behalf of Creditor    CitiMortgage Inc. pawb@fedphe.com

    Matt D. Urban    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com, jbluemle@weltman.com

    Michael S. Geisler    on behalf of Debtor Robert R. Epps m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com;r52973@notify.bestcase.com

    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                      TOTAL: 15