**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ROBERT R. EPPS | Case No.:16-24151 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/06/2016 and confirmed on 01/27/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 85,765.00 |
| Less Refunds to Debtor | 6,770.49 | |
| TOTAL AMOUNT OF PLAN FUND | | 78,994.51 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,800.00 | |
| Trustee Fee | 3,568.33 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,368.33 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| CITIBANK - TRUSTEE<br>Acct: 9591 | 0.00 | 18,192.88 | 0.00 | 18,192.88 |
| MIDFIRST BANK SSB*<br>Acct: 2712 | 0.00 | 34,613.82 | 0.00 | 34,613.82 |
| MIDFIRST BANK SSB*<br>Acct: 2712 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDFIRST BANK SSB*<br>Acct: 2712 | 5,188.01 | 1,127.69 | 0.00 | 1,127.69 |
| CITIBANK - TRUSTEE<br>Acct: 9591 | 754.63 | 174.97 | 0.00 | 174.97 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: C129 | 3,169.73 | 398.54 | 1,045.38 | 1,443.92 |
| WILKINSBURG SD (WILKINSBURG) (RE)<br>Acct: C129 | 9,597.79 | 1,398.53 | 2,626.01 | 4,024.54 |
| WILKINSBURG SD (WILKINSBURG) (RE)<br>Acct: C129 | 12,710.64 | 3,121.18 | 0.00 | 3,121.18 |
| WILKINSBURG BOROUGH (RE)<br>Acct: C129 | 7,739.99 | 1,900.60 | 0.00 | 1,900.60 |

| 16-24151 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| WILKINSBURG BOROUGH (MUN SVC FEE) | 2,919.29 | 716.85 | 0.00 | 716.85 |
| Acct: C129 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 2,564.60 | 629.76 | 0.00 | 629.76 |
| Acct: C129 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 4,311.50 | 4,311.50 | 119.52 | 4,431.02 |
| Acct: 6169 | | | | |
| FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6169 | | | | |
| | | | | 70,377.23 |
| **Priority** | | | | |
| MICHAEL S GEISLER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT R. EPPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT R. EPPS | 6,770.49 | 6,770.49 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS SD & PENN HILLS MUNIC (EIT | 5,500.98 | 0.00 | 0.00 | 0.00 |
| Acct: 9627 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 938.95 | 0.00 | 938.95 |
| Acct: 2746 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-JAD | | | | |
| | | | | 1,248.95 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 4,439.16 | 0.00 | 0.00 | 0.00 |
| Acct: 9627 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,040.12 | 0.00 | 0.00 | 0.00 |
| Acct: 9473 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR V | 274.23 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                          71,626.18

```
TOTAL CLAIMED
  PRIORITY          5,810.98
  SECURED          48,956.18
  UNSECURED         5.753.51
```

Date: 06/12/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com